828

No. 219. UNITED STATES *v.* ARCADE COMPANY ET AL. C. A. 6th Cir. Certiorari denied. *Acting Solicitor General Davis* for the United States. *F. A. Berry* for respondents.

No. 221. ATLANTIC FREIGHT LINES, INC. *v.* SUMMERFIELD, POSTMASTER GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward Dumbauld* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondent.

No. 227. DORAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert Sheriffs Moss, F. Trowbridge vom Baur* and *Louis P. Haffer* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 231. BUTZMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Michael Leo Looney* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Fred G. Folsom* for the United States.

No. 233. SAINT MATTHEWS GAS & ELECTRIC SHOP, INC. *v.* VERKAMP CORPORATION. C. A. 6th Cir. Certiorari denied. *Henry J. Burt, Jr.* for petitioner.

No. 239. GREAGER *v.* R. H. LINDSAY Co. C. A. 10th Cir. Certiorari denied. *Alden T. Hill* for petitioner. *Charles J. Moynihan* for respondent.